**BILLHORN LAW FIRM**

53 W. Jackson Blvd.
Suite 1137
Chicago, IL 60604
312-853-1450

# CONSENT TO BE PARTY-PLAINTIFF

This CONSENT TO BE PARTY-PLAINTIFF, executed by Plaintiff  Sevcan Keskinkilic (Costner) _____, hereby authorizes the Billhorn Law Firm to pursue back wages and other relief against **ROUNDY'S ILLINOIS, LLC., D/B/A MARIANO'S,** and by the signature below, Sevcan Keskinkilic (Costner) _____, hereby consents to be a Party-Plaintiff in said lawsuit.

DocuSigned by:
*[signature]*
750F02B9CE99487...
CLIENT'S SIGNATURE

DATE: 7/17/2022 _____

**PAGE 1 OF 1**